NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SOCIEDAD ESPANOLA DE ELECTROMEDICINA Y CALIDAD, S.A.,**
*Plaintiff-Appellant*

**v.**

**BLUE RIDGE X-RAY COMPANY, INC., DRGEM USA, INC., DRGEM CORPORATION,**
*Defendants-Cross-Appellants*

_____

2017-1551, 2017-1552

_____

Appeals from the United States District Court for the Western District of North Carolina in No. 1:10-cv-00159-MR, Judge Martin Reidinger.

_____

**JUDGMENT**

_____

BRADLEY F. RADEMAKER, Neal, Gerber & Eisenberg, LLP, Chicago, IL, argued for plaintiff-appellant. Also represented by MICHAEL RYAN TURNER.

RICHARD BURNS MEGLEY, JR., Lee Sheikh Megley & Haan LLC, Chicago, IL, argued for defendants-cross-appellants. Also represented by JOSEPH A. CULIG, BRIAN ERIK HAAN, DAVID J. SHEIKH.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, LINN, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| May 7, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |